IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY B. TILLMAN,

    Petitioner,                   No. CIV S-09-0641 GGH P

    vs.

KATHY MENDOZA-POWERS,[1] Warden,

    Respondent.               ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[2] Petitioner, convicted in Sacramento County Superior Court in 1987, and evidently serving a 19-year-to-life sentence,[3] is currently

---

[1] Although petitioner has spelled the respondent's name as "Mendoz K. Powers," it is probable that he intended to name the Warden at Avenal State Prison, Kathy Mendoza-Powers, as respondent. The respondent in this action is "the state officer having custody of" petitioner. <u>Stanley v. Cal. Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.1994); <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992) ("A custodian 'is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner.")

[2] Petitioner does not appear either to have filed an in forma pauperis application or to have paid the filing fee.

[3] Confusingly, an exhibit petitioner has attached indicates that petitioner came to the CDC on September 27, 1979[sic], but that his life term began on September 10, 1997, notwithstanding that he himself states in his petition he was convicted in 1987. See petition, pp. 2, 7.

1

1 incarcerated at Avenal State Prison.

2 Petitioner appears to be challenging a matter related to a Board of Parole Hearings Life Prisoner Hearing Decision Face Sheet. See Ground 1 of petition, p. 3. Avenal State Prison is located in Kings County which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not determine whether or not petitioner may be entitled to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not issued any order with regard to the filing of an in forma pauperis application or payment of the filing fee;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: March 17, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
till0641.109