1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    ANTHONY B. TILLMAN,                    1:09-cv-00492-AWI-YNP (HC)

10            Petitioner,                   ORDER GRANTING MOTION
                                            TO PROCEED IN FORMA PAUPERIS
11        vs.
                                            (DOCUMENT #10)
12   MENDOZ K. POWERS,

13            Respondent.
     _____/

14

15        Petitioner is a state  prisoner proceeding with a petition for writ of habeas corpus pursuant to

16   28 U.S.C. § 2254.

17        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

18   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

19   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

20   See 28 U.S.C. § 1915.

21

22        IT IS SO ORDERED.

23   **Dated:   December 3, 2009**              _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28